# United States District Court

## DISTRICT OF ARIZONA

UNITED STATES OF AMERICA

v.

DAVID ROBINSON
TRACY JANE ROBINSON

**CRIMINAL COMPLAINT**

CASE NUMBER: 06-6077M

I, the undersigned complainant, being duly sworn, state that the following is true and correct to the best of my knowledge and belief.

### See ATTACHMENT "A"

I further state that I am a special agent of the United States Bureau of Immigration and Customs Enforcement, and that this complaint is based on the following facts:

**See ATTACHMENT "B" - Statement of Probable Cause Incorporated By Reference Herein**

AUTHORIZED BY: John Boyle, AUSA for Mary Beth Pfister, AUSA

Nick Green, Special Agent
Complainant

_____
Signature of Complainant

Sworn to before me and subscribed in my presence,

April 17, 2006
Date

at Phoenix, Arizona

DAVID K. DUNCAN
United States Magistrate Judge

_____
Signature of Judicial Officer

# ATTACHMENT "A"

## COUNT 1

On and or about April 15, 2006, in the District of Arizona, defendants DAVID ROBINSON and TRACY JANE ROBINSON, with the intent to evade the currency reporting requirements of Title 31, United States Code Section 5316(a), did knowingly conceal more than $10,000, to wit: $130, 350 in United States currency, in a conveyance or article of luggage and did transport such currency from a place outside the United States to a place within the United States.

In violation of Title 31, United States Code, Section 5332(a), 5316(a).

# ATTACHMENT B

## STATEMENT OF PROBABLE CAUSE

I, Nick Green, being duly sworn, hereby depose and state as follows:

I am a Senior Special Agent (SSA) of the United States Bureau of Immigration and Customs Enforcement (ICE) and have been so employed as an Immigration Enforcement Officer for over five years. Based upon my personal observation, consultation with other Agents, and review of the records, I have learned the following facts:

1. On April 15, 2006, at 5:10 pm, David Robinson and Tracy Robinson entered the United States at the Phoenix Sky Harbor International Airport on British Airways Flight #BA 0289 from London, Heathrow Airport. Customs and Border Protection Officer (CBPO) Mattson advised agents the following occurred during primary inspections.

2. The couple stated they were coming to the Phoenix, Arizona area to visit a U.S. citizen friend that had visited them previously in the United Kingdom (U.K.). They were coming to visit the friend for four (4) days. Both claimed to be unemployed and stated they had never been to the United States before. CBPO Mattson noted that their passports were issued within two (2) weeks of their trip and they declared they were carrying $1,000 in U.S. cash. CBPO Mattson referred the couple to secondary inspections for further questioning.

3. The following occurred during secondary inspections as stated by CBP Officer Toby Ruch. The couple stated they were in the Phoenix area on a brief honeymoon. They stated that they had been married for a number of years, but were never able to take a honeymoon in the past. The couple claimed all suitcases were theirs before CBPO Ruch searched them. While searching their first (green) suitcase, CBPO found medication for both subjects. Each of them admitted they were on prescription medication for depression and that Tracy Robinson also has medication because she suffers from irritable bowel syndrome. The inspector questioned how they could afford plane tickets, new passports, and a vacation in Phoenix, Arizona if they were unemployed. Mr. and Mrs. Robinson stated someone they know in the U.K. had bought the tickets and could not take the trip so the tickets were offered to them.

4. CBPO Ruch attempted to search the couple's second (black) suitcase, but it was locked. He told the couple to unlock the suitcase. Both Tracy and David Robinson stumbled with the lock for a few minutes and then opened it. CBPO Ruch found that all of the clothes in the black suitcase appeared to be new with retail tags still attached to some clothing. According to CBPO Ruch the clothing did not appear to fit either Tracy or David Robinson. CBPO Ruch asked the couple if the clothes belonged to them and they said no. CBPO Ruch removed the last two (2) pairs of denim jeans and noticed they were unusually heavy. After further inspection of the denim jeans, CBPO Ruch discovered rubber-banded bundles of U.S. currency wrapped in paper towels had been taped inside the pairs of denim jeans. The total amount counted by CBPO's was $130,350 in US dollars.

5. CBPO Ruch asked the couple where the money came from, and they stated they did not know. They claimed someone in the U.K. gave them the suitcase to deliver to the Phoenix, Arizona address on their declaration form, 3638 East Dunlap Avenue, Phoenix, Arizona. They claimed to not know who lived at the address. At that time, CBPO Officers at the scene notified Immigration and Customs Enforcement (ICE) Special Agents in Phoenix for further investigation.

6. SSA Green and other ICE agents arrived on scene and interviewed Tracy and David Robinson in the CBP inspections area in Phoenix, Arizona. Tracy and David provided the following information to ICE agents in separate interviews after being advised of their rights. A man they only knew as Nigel, aka "Nij", offered them a all expenses paid vacation to Phoenix, Arizona. They knew "Nij" because he had previously sold marijuana to Tracy Jane Robinson less than half a dozen times near her home in the U.K. Tracy said she has been smoking

marijuana for approximately three (3) years. David told ICE Agents that "Nij" was an acquaintance and had once slept on their couch at their home in the U.K.

7. On Friday April 14, 2006, Nigel and a Jamaican Male subject named, "Tick", traveled with the Robinsons to London, England. The Robinson's both stated that they had never met "Tick" before that day. When they arrived in London, "Tick" purchased a hotel room for the Robinson and told them a vehicle would pick them up the next morning to go to London Heathrow Airport.

8. On Saturday April 15, 2006, "Tick" left the hotel with the Robinsons and took them outside to a waiting vehicle. "Tick" gave the Robinsons their plane tickets and $1,000 in U.S. currency for expenses. "Tick" gave the Robinsons a piece of paper with an address in Phoenix, Arizona and told them they would need to bring a black suitcase in the trunk of the vehicle with them to Phoenix. "Tick" told them that there was clothing in the suitcase for his family. "Tick" told them that his family would recognize them at the airport and take them to a hotel to deliver the suitcase to an unknown family member. "Tick" told the Robinsons that they would then be taken to his family's home at 3638 East Dunlap Avenue, Phoenix, Arizona where they could stay for the night but that they would have to find other accommodations for the rest of the four-day trip.

9. David Robinson stated that he asked "Tick" if the suitcase contained drugs and was told it was only clothing. Tracy Robinson stated that she thought the suitcase contained money going to the United States if it did not have drugs. Another Jamaican male subject named, "B", took the Robinsons to the airport. The couple both stated they had never seen "B" before that day, and both stated he smoked marijuana while he drove them to the airport. The Robinsons stated that "B" gave them a telephone number so he could pick them up from Heathrow Airport when they returned to England. When they arrived at the airport, both Tracy and David stated they thought it was suspicious that "Tick" gave them $1,000 to transport a suitcase with only clothing inside. Tracy stated she wanted to search the suitcase to see what they were transporting, but that when she checked it, it was already locked. David stated he also wanted to check the contents of the suitcase, but he did not have time to open it.

10. Tracy and David Robinson both stated they did not have the combination for the lock on the black suitcase but were able to unlock the suitcase when asked to do so by the CBPO Officers.

For these reasons, your affiant submits that there is probable cause to believe that the defendants did knowingly conceal and transport $130,350 in United States Currency, in violation of Title 31, United States Code, Section 5316(a) and Title 31, United States Code, Section 5332(a).

Based upon the probable cause outlined above, I submit that the property is subject to forfeiture under Tile 31, United States Code, Section 5317(c), Criminal Forfeiture in violation of Title 31, United States Code, Section 5316(a).

Nick Green
Name of Complainant

SSA *[signature]*
Signature of Complainant

Sworn to before me and subscribed to in my presence, this 17th day of April 2006.

Honorable David K. Duncan
United States Magistrate Judge
Name & Title of Judicial Officer

*[signature]*
Signature of Judicial Officer